**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 14 CR 705 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Pablo Vega Cuevas, *et al.* ) | |

**ORDER**

The Government's motion for an extension of time to return indictment, to and including March 11, 2015, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) [62] is granted. The Government is granted leave to file the attachment to the motion under seal. Enter Order.

Date: January 5, 2015        /s/ Chief Judge Ruben Castillo